ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2011 MAR -7  AM 11: 51

CLERK OF COURT

In the United States District Court
Northern District of Texas
Fort Worth Division

| | | |
|---|---|---|
| DONALD R. ROBERTS and DOROTHY LOUISE ROBERTS, <br> Plaintiffs, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC. <br> Defendant. | § § § § § § § § | No. 4:10-cv-87-A |

### MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs, Donald R. Roberts and Dorothy Louise Roberts move to dismiss with prejudice the claims asserted in this case against NCO Financial Systems, Inc.. and in support will show the following:

The Plaintiffs and Defendant entered into a release and settlement agreement concerning claims asserted against Defendant. The settlement agreement sets forth in detail the rights and obligations of the respective parties. There are no unasserted claims involving the parties.

For these reasons, Donald R. Roberts and Dorothy Louise Roberts request the Court dismiss all of claims with prejudice, and that all costs of court be taxed against the party incurring same.

**Motion to Dismiss, Page 1.**

Respectfully Submitted,

*[signature]*

Craig Jordan
Attorney-in-Charge, Plaintiffs
Texas Bar No. 11006050

Lesser & Jordan
15443 Knoll Trial Drive, Ste 100
Dallas, TX 75248
(214) 855-9355
(214) 855-9389 (fax)
craig@warybuyer.com

**Motion to Dismiss, Page 2.**

## Certificate of Service

On  3/5/11 , I caused the foregoing instrument to be served by delivering a copy to all counsel of record in this case as indicated below:

_____ By certified U.S. mail, return receipt requested

✓ By U.S. mail

_____ By telecopier transmission before 5:00 P.M.

_____ By telecopier transmission after 5:00 P.M.

_____ By electronic filing[1]

_____ By electronic filing after 5:00 P.M.

_____ By hand delivery

Jessica Lesser

---

[1] *See* Misc. Order 61, Feb. 21, 2003, Rule 9 (Northern District of Texas) or Local Rule CV5(a)(3)(C) (Eastern District of Texas)

**Complaint, Page 3.**