IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DONALD R. ROBERTS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-087-A |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the motion to dismiss with prejudice filed in the above-captioned action by plaintiffs, Donald R. Roberts and Dorothy Louise Roberts, on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiffs against defendant, NCO Financial Systems, Inc., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED March 7, 2011.

_____
JOHN McBRYDE
United States District Judge